IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MOHAMMAD H. IQBAL,<br><br>Defendant. | PO 25-5152-GF-JTJ<br><br>VIOLATION:<br>E2372406<br>Location Code: M13<br><br>ORDER |

Based upon the United States' motion to accept the defendant's payment of a $20 fine and $30 processing fee for violation E2372406 (for a total of $50), and for good cause shown,

**IT IS ORDERED** that the $50 payment made by the defendant is accepted as a full adjudication of violation E2372406.

**IT IS FURTHER ORDERED** that the initial appearance scheduled for October 30, 2025, is **VACATED**.

DATED this 30th day of October, 2025.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge